IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
SEP - 4 2014
TIMOTHY M. O'BRIEN, Clerk
By_____ Deputy

Carla Dee Stewart )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of Plaintiff(s)) )

vs.

Shawnee Mission School )   Case Number: 14-CV-2444 CM/JPO
Name )   (To be assigned by Clerk)

7235 Antioch )
Street and number )

Shawnee mission   KS   66204 )
City        State        Zip Code

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   __✓__ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   _____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   _____ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

>
> for employment discrimination on the basis of disability.
> **NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*
>
> \_\_\_\_ Other (Describe)
>
> _____
> _____
> _____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

   _____
   (Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur?  Please give the date or time period:
   __7/5/13__

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
   __✓__ Yes   Date filed: __8/28/13__
   \_\_\_ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
   __✓__ Yes   Date filed: __8/28/13__
   \_\_\_ No

6. Have you received a Notice of Right-to-Sue Letter?
   __✓__ Yes \_\_\_ No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
   __✓__ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   \_\_\_ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - ✓ failure to hire me
   - ___ termination of my employment
   - ___ failure to promote me
   - ___ failure to accommodate my disability
   - ___ terms and conditions of my employment differ from those of similar employees
   - ___ retaliation
   - ___ harassment
   - ___ reduction in wages
   - ✓ other conduct (specify): Color

   Did you complain about this same conduct in your charge of discrimination?
   ✓ Yes  ___ No

9. I believe that I was discriminated against because of (check all that apply):
   - ✓ my race or color, which is black
   - ___ my religion, which is ___
   - ___ my national origin, which is ___
   - ___ my gender, which is ___ male; ___ female
   - ___ my disability or perceived disability, which is ___
   - ___ my age (my birth date is: ___)
   - ___ other: ___

   Did you state the same reason(s) in your charge of discrimination?
   ✓ Yes  ___ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    I have put in applications before with SMSD and put my race as black and never recieved a interview or a call but when I put mexican on my application I suddenly got a call right away.

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    ___ are still being committed by Defendant.
    ___ are no longer being committed by Defendant.
    _✓_ may still be being committed by Defendant.

12. Plaintiff:
    ___ still works for Defendant
    _✓_ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ___ Yes   _✓_ No
    Explain: _____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)

___ Defendant be directed to employ Plaintiff
___ Defendant be directed to re-employ Plaintiff
___ Defendant be directed to promote Plaintiff
___ Defendant be directed to _____
___ Injunctive relief (please explain): _____
___ Monetary damages (please explain): _____
_✓_ Costs and fees involved in litigating this case
_✓_ As additional relief to make Plaintiff whole, Plaintiff seeks: _____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this _4_ day of _September_, 20_14_.

*Carla Stewart*
Signature of Plaintiff
Carla Stewart
Name (Print or Type)
8409 Kessler
Address
Overland Park KS 66212
City State Zip Code
913-206-8856
Telephone Number

4

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, ☐ Kansas City ☑ or Topeka ☐ ), Kansas as the location for the trial in this matter. (check one location)

*Carla Stewart*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☐ yes ☑ no .
(check one)

*Carla Stewart*
Signature of Plaintiff

Dated: 9/4/2014
(Rev. 8/07)

5

| EEOC Form 161 (11/09) | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|---|---|

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Carla D. Stewart<br>8409 Kessler<br>Overland Park, KS 66212 | From: | Kansas City Area Office<br>Gateway Tower II<br>400 State Avenue<br>Kansas City, KS 66101 |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|
| EEOC Charge No. | EEOC Representative | Telephone No. |
| 563-2013-02018 | Donald Best,<br>Investigator | (913) 551-6647 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Natascha Deguire,
Area Office Director

6/24/2014
*(Date Mailed)*

Enclosures(s)

cc:

SHAWNEE MISSION SCHOOL DISTRICT USD 512
7235 Antioch
Overland Park, KS 66204

Enclosure with EEOC
Form 161 (11/09)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| | |
|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:    Agency(ies) Charge No(s):<br>☐ FEPA<br>☒ EEOC    **563-2013-02018** |

**Kansas Human Rights Commission** _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Carla D. Stewart | (913) 206-8856 | 1973 |

Street Address: 8409 Kessler, Overland Park, KS 66212

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SHAWNEE MISSION SCHOOL DISTRICT USD 512 | 15 - 100 | (913) 993-6200 |

Street Address: 7235 Antioch, Overland Park, KS 66204

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE    ☐ COLOR    ☐ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN
☐ RETALIATION    ☐ AGE    ☐ DISABILITY    ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-5-2013    Latest: 07-28-2013
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

While seeking employment on or about May 10, 2013, SMSD had numerous jobs for Food Service advertised for 6 hour and 4 hour positions. I applied for all of the food service positions listed.

On or about June 21, 2013, I was interviewed by the Food Services supervisor. On or about July 5, 2013, I called the Food Services supervisor and asked about my application. The Food Services supervisor told me Human Resources makes the hiring decisions. I called Human Resources and was told the Food Services supervisor makes all the decisions for the jobs in Food Services. Again, I called the Food Services Supervisor who told me I was not selected because the individuals selected had more experience. On or about July 28, 2013, I applied for a food service job at Santa Fe Trail School/SMSD 512 because they had posted an opening. I have not been called about this opening.

I believe I was denied employment because of my race, Black in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

9-11-13    *Carla Stewart*
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Kansas City Area Office

Gateway Tower II
400 State Avenue, Suite 905
Kansas City, KS  66101
National Contact Center:  (800) 669-4000
National Contact Center TTY:  (800) 669-6820
Kansas City Status Line:  (866) 408-8075
Kansas City Direct Dial:  (913) 551-5656
TTY (913) 551-5657
FAX (913) 551-6956

August 27, 2014

Carla Stewart
8409 Kessler
Overland Park, KS  66212

Dear Ms. Stewart,

Per your request, below is a list of attorneys who specialize in employment litigation.  I have also enclosed information on how to file your case Pro Se in Kansas.

    1.    Carrie Brous, Attorney at Law
           The Carriage House
           10313 W. 140th Street
           Overland Park, KS  66221
           913-897-7877

*[handwritten: Visiting no schedule / 9/2/14 Waiting to confirm]*

    2.    Larry Schumaker, Attorney at Law
           Schumaker Employment Law
           10401 Holmes Road, Ste. 480
           Kansas City, MO  64131
           816-941-9994

*[handwritten: 9/2/14 calling back no...]*

    3.    Ruth M. Benien, Attorney at Law
           827 Armstrong Ave., Ste. 30
           Kansas City, KS  66101
           913-621-7100

Please be advised that I do not know what criteria each attorney looks at when they decide whether or not they want to take a case.  Any specific questions regarding litigation should be directed towards the attorney as I am not in a position to speak on behalf of monetary relief matters and/or payment for attorney services.  For additional attorneys specializing in employment litigation, please visit: *www.nela.org* and use the "**Find a Lawyer**" feature on their website or visit the ***Kansas Bar Association***.

*[handwritten: 9-2-14 John Bryant — Waiting on call back.]*

Sincerely,

*[signature]*

Paul Howard
Legal Technician

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. **Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)**

**1. Personal Information**
Last Name: Stewart   First Name: Carla   MI: D
Street or Mailing Address: 8409 Kessler   Apt or Unit #: ___
City: Overland Park   County: Johnson   State: KS   Zip: 66212
Phone Numbers: Home: (913) 206-8856   Work: ( )
Cell: (913) 206-8856   Email Address: ___
Date of Birth: 73   Sex: ☐ Male ☒ Female   Do You Have a Disability? ☐ Yes ☒ No
**Please answer each of the next three questions.**   i. Are you Hispanic or Latino? ☐ Yes ☐ No
ii. What is your Race?   Please choose all that apply: ☒ American Indian or Alaskan Native   ☐ Asian   ☒ White
☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)? ___

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**
Name: Duke Stewart   Relationship: Spouse
Address: 8409 Kessler   City: Overland Park   State: KS   Zip Code: 66212
Home Phone: ( )   Other Phone: (913) 206 8592

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)
☐ Employer   ☐ Union   ☐ Employment Agency   ☒ Other (Please Specify) Job Applicate

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**
Organization Name: Shawnee Mission School District
Address: 7235 Antioch   County: Johnson
City: Shawnee Mission   State: KS   Zip: 66204   Phone: ( )
Type of Business: School   Job Location if different from Org. Address: ___
Human Resources Director or Owner Name: Robert Bell / Amy Dillion   Phone: (913) 993-6200
**Number of Employees in the Organization at All Locations**: Please Check (✓) One
☐ Fewer Than 15   ☒ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☐ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☒ No
Date Hired: ___   Job Title At Hire: ___

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☒ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): There were no other blacks hired for these positions

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 5/10/13  Action: Put in serveral time for the position, jot and interview, and was asked what position I was applying for. (See Attach)
Name and Title of Person(s) Responsible: Nancy (Dietary), Ilene (Human Resou

B. Date: 5/10/13  Action: I had asked if Nancy was the hiring person for the position applied for. Nancy (See Attach)
Name and Title of Person(s) Responsible: Nancy (Dietary) Robert bell (Human Res Ilene (Human Resource)

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
When two weeks past I called about a follow-up on the job and Nancy told me the job was (Atta

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
that I didn't have enough expeience. by Nancy (Dietary)

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?
  Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A. _____

B. _____

Of the persons in the same or similar situation as you, who was treated *worse* than you?
    Full Name      Race, Sex, Age, National Origin, Religion or Disability   Job Title     Description of Treatment

A. _____

B. _____

Of the persons in the same or similar situation as you, who was treated the *same* as you?
    Full Name      Race, Sex, Age, National Origin, Religion or Disability   Job Title     Description of Treatment

A. Melanie   Black American   Head Cook/Food Service   no interview/no job with Shawnees mission School

B. Work for Blue Valley School District (Food Service) in Kansas.

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

**9. Please check all that apply:**
- ☐ Yes, I have a disability
- ☐ I do not have a disability now but I did have one
- ☐ No disability but the organization treats me as if I am disabled

**10.** What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____

_____

**11.** Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

**12.** Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____

_____

How did your employer respond to your request? _____

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. [redacted] | [redacted] | [redacted] | [redacted] |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: N/A

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☒ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.** If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. **I also understand that I could lose my rights if I do not file a charge in time.**

**BOX 2** ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

Carla Stewart
Signature

8/28/13
Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

Q5.a) I told Nancy I would like a 6 hr. position, but I would take a 4 hr. position if not a 6 hr. available.

Q5.b) Robert Bell (Human Resource) Nancy told me (Carla) that Human Resources was the people who filled the positions she (Nancy) just interview for the positions.

Q6.) filled by a more Qualified person, now I put on my appication that I have 12 yrs. experience in food service.

Q7.) Nany said when I called that she left me a E-mail ~~stating~~ saying she (Nancy) Hired Someone else for the positions, it was more then one position to be filled. I asked Nancy if there was something that I could do to work on, so I can know my faults on the interview. Nancy sayed that "I was a good interviewer" and that she would've

gave me a position, but I wanted a 6 hr. position. Nancy said she would've loved to give me a position. I (Carla) Asked if I Applied for a 4 hr. position would I have to go through another interview she (Nancy) said NO. So I Applied for a 4 hr. position and haven't heard from no one since.

Q5b.) When I learned she (Nancy) was just the interviewer I called Human Resources to Ask to speak to the hiring person for food service Ilene (Human Resources) told me they don't hire for food service Nancy does the deciding on who gets the positions in food service.

My (Carla's) opionion is that there are no black Americans in these positions. She (nancy) hires people she wants not with the experience, because the positions would come back open two to three weeks

After she has hired for the same positions that I Applied for. All because she don't want to give black Americans a chance.

I feel that I have had nothing but the runaround with Shawnee mission School District.

I (Carla) was told by Ilene (Human Resource) if I need any help to fill out the Application or sending it that Ilene (Human Resources) would help, but when I asked for help (Ilene) Human Resources told me she couldn't help me. that I would have to do it my self, but she did it before.                 (Ilene)

Please look into my case, so I would know what the real situation is, beside getting the run around.

thank you!
Carla Stewart